IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>THINKEQUITY, LLC,<br>                      Debtor. | Case No. 12-13034 (KJC)<br><br>Chapter 7 |

## STATUS REPORT

In accordance with this Court's directive, Alfred T. Giuliano, Chapter 7 Trustee (the "Trustee") for the Estate of ThinkEquity, LLC (the "Estate") by and through his counsel hereby files a Status Report in the above-captioned matter.

1. The Trustee submitted the Trustee's Final Report and Account of the Administration of the Estate and Final Application for Compensation (the "TFR") to the Office of the United States Trustee (the "OUST") on or about February 2, 2017 and the TFR was approved and an Order of Distribution was entered on October 30, 2017 [Docket No. 321] (the "Distribution Order").

2. All money of the Estate has been distributed to creditors in accordance with the Distribution Order.

3. Any unclaimed funds and small dividends have been fully administered pursuant to §347 of the Bankruptcy Code in accordance with the Order to Pay Unclaimed Check to the Court [Filed 4/27/2018; Docket No. 326].

4. Upon the Trustee's receipt of all original bank statement(s) indicating zero balances ($0.00) on August 10, 2018, the Chapter 7 Trustee's Final Account and Distribution Report, Certification that the Estate has Been Fully Administered and Application to be Discharged (the "TDR") was submitted to the OUST via e-mail transmission and via overnight delivery on August 13, 2018.

5. Upon the OUST's review and approval of the TDR this Estate can be closed.

Dated: August 17, 2018
Wilmington, DE

          COZEN O'CONNOR

By: */s/ John T. Carroll, III*
John T. Carroll, III (No. 4060)
1201 N. Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
jcarroll@cozen.com

*Counsel to the Trustee,*
*Alfred T. Giuliano*